UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LAWRENCE R. BAILEY, JR.,                  NOTICE OF APPEARANCE
                                                              AND DEMAND
                                                              FOR COMPLAINT

                            Plaintiff,                         08 cv 1473 (WHP)

                             -against-

TARGET CORPORATION,

                            Defendant.
-----------------------------------------------------------------x
C O U N S E L O R (S):

        PLEASE TAKE NOTICE that the defendant(s), TARGET CORPORATION, appears in this action by their attorneys, CONNORS & CONNORS, P.C., and demands that a copy of the complaint and all other papers be served upon CONNORS & CONNORS, P.C., 766 Castleton Avenue, Staten Island, New York, 10310.

Dated:  Staten Island, New York
          February 29, 2008

                                                _____
                                                MICHAEL J. CAULFIELD (7206)
                                                CONNORS & CONNORS, P.C.
                                                Attorneys for Defendant(s)
                                                TARGET CORPORATION
                                                766 Castleton Avenue
                                                Staten Island, New York 10310
                                                (718) 442-1700
                                                File No.: DTS 23699

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : SS.:
COUNTY OF RICHMOND     )

I, MELISSA VALENTIN, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and reside at Staten Island, New York.

On March 2, 2008, I served the within **NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT,** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:   LAWRENCE R. BAILEY, JR.
      Plaintiff Pro Se
      5800 Arlington Avenue
      Riverdale, NY  10471

_____
MELISSA VALENTIN

Sworn to before me this
2nd day of March, 2008

_____
Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE R. BAILEY, JR.,

                        Plaintiff,

-against-

TARGET CORPORATION,

                        Defendant.

## NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT

**CONNORS & CONNORS, P.C.**
*Attorneys for* **DEFENDANT, TARGET CORPORATION**
*Office and Post Office Address, Telephone*
766 Castleton Avenue
Staten Island, New York 10310
(718) 442-1700 PHONE
(718) 442-1717 FAX

To

Attorney(s) for

Service of a copy of the within

Dated,

Signature (Rule ~~130-1.1-a~~ )

Print name beneath
MICHAEL J. CAULFIELD

is hereby admitted,

Attorney(s) for

Please take notice
☐   NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐   NOTICE OF SETTLEMENT
that an order     of which the within is a true copy will be presented for
settlement to the HON.     one of the judges
of the within named court, at
on     at

Dated,

                    Yours, etc.
              **CONNORS & CONNORS, P.C.**
              *Attorneys for*

To                   *Office and Post Office Address*
              766 CASTLETON AVENUE
Attorney(s) for       STATEN ISLAND, NEW YORK 10310