UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
_____

Lawrence R. Bailey, Jr.,

                      Plaintiff,

   v.                                         Docket No.: 08 cv 1473(WHP)

Target Corporation,

                      Defendant.
_____

## NOTICE OF ADDRESS CHANGE

C O U N S E L:

      **PLEASE TAKE NOTICE** that **LAWRENCE R. BAILEY, JR.** has relocated to the following address effective immediately:

                555 Kappock Street, Apt. 19H
                Riverdale, New York  10463
                (646) 218-7510; fax (646) 218-7676

      **EFFECTIVE IMMEDIATELY** all papers to be served on Plaintiff Lawrence R. Bailey, Jr. should be served at the above-stated address and none other.

Dated:     New York, New York
             March 12, 2008

                                                /s/ LAWRENCE R. BAILEY, JR.
                                                LAWRENCE R. BAILEY, JR.
                                                Plaintiff Pro Se
                                                555 Kappock Street, Apt. 19H
                                                Riverdale, NY  10463
                                                (646) 218-7510

TO:      Connors & Connors, P.C.
             Attorneys for Defendant
             766 Castleton Avenue
             Staten Island, NY 10310

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                               SS:
COUNTY OF NEW YORK   )

        LAVERNE MICHAEL-DEAN being duly sworn, deposes and says that deponent is not a party to the action herein; is over the age of 18 years; and resides at Bronx, New York.

        On the 12th day of March, 2008, deponent electronically served and mailed the within **NOTICE OF ADDRESS CHANGE** upon:

Connors & Connors, P.C.
Attorneys for Defendant
766 Castleton Avenue
Staten Island, NY 10310

the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postage-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                       **LAVERNE MICHAEL-DEAN**

Sworn to before me this
12th day of March, 2008.

_____
Notary Public

                                            ROBERT N. GOTTFRIED
                                     Notary Public, State of New York
                                          No. 30-4646732
                                      Qualified in Nassau County
                                   Commission Expires May 31, 2012