AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

LAWRENCE R. BAILEY, JR.

vs.

TARGET CORPORATION,

**APPEARANCE**

Case Number: 08 cv 1473 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LAWRENCE R. BAILEY, JR.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 27, 2008 | /s/ LAWRENCE R. BAILEY, JR. |
| Date | Signature |
| | LAWRENCE R. BAILEY, JR.     301740 |
| | Print Name     Bar Number |
| | 555 Kappock Street, Apt. 19H |
| | Address |
| | Riverdale     NY     10463 |
| | City     State     Zip Code |
| | 646-218-7510     646-218-7676 |
| | Phone Number     Fax Number |