Hodgson Russ LLP    3/27/2008 9:29    PAGE 002/002    Fax Server    DTS 23699
Case 1:08-cv-01473-WHP    Document 7    Filed 04/04/2008    Page 1 of 1

ECF

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

Lawrence R. Bailey, Jr.,

                    Plaintiff,

v.                             Docket No.: 08 cv 1473(WHP)

Target Corporation,

                    Defendant.

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Lawrence R. Bailey, Jr., Plaintiff Pro Se and Connors & Connors, P.C., Attorneys for Defendant, that the time within which the Plaintiff may serve his Complaint be and the same is hereby extended from March 25, 2008 to April 25, 2008.

Dated:    New York, New York
             March 27, 2008

| | |
|---|---|
| /s/ LAWRENCE R. BAILEY, JR. | Connors & Connors, P.C.<br>By: _____ |
| LAWRENCE R. BAILEY, JR. (LRB-3267) | Michael J. Caufield (7206) |
| Plaintiff Pro Se | Attorneys for Defendant |
| 555 Kappock Street, Apt. 19H | 766 Castleton Avenue |
| Riverdale, NY 10463 | Staten Island, NY 10310 |
| (646) 218-7510 | |