```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
            :
LAWRENCE R. BAILEY, JR.
            :
            Plaintiff,      :       08 Civ. 1473 (WHP)
            :
    -against-               :       SCHEDULING ORDER
            :
TARGET CORP.,
            :
            Defendant.
            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Plaintiff pro se and counsel for Defendant having appeared for an April 18, 2008 conference, the following is established on consent:

         (1) Plaintiff shall serve and file the complaint by April 25, 2008;

         (2) Defendant shall undertake a preliminary investigation into Plaintiff's claims and apprise Plaintiff of any results by May 25, 2008; and

         (3) This Court will hold a status conference on June 27, 2008 at 10:30 a.m.

Dated: April 18, 2008
      New York, New York

                          SO ORDERED:

                          _____
                          WILLIAM H. PAULEY III
                          U.S.D.J.

*Counsel of record:*

Mr. Lawrence R. Bailey, Jr.
555 Kappock Street, Apt. 19H
Bronx, NY 10463
*Plaintiff Pro Se*

Michael J. Caulfield, Esq.
Susan Elizabeth O'Shaughnessy, Esq.
Connors & Connors, P.C.
766 Castleton Avenue
Staten Island, NY 10310
*Counsel for Defendant*