THE LAW FIRM OF

# CONNORS & CONNORS

— P C —

766 CASTLETON AVENUE
STATEN ISLAND, NEW YORK 10310-9003
TEL: 718-442-1700 FAX: 718-442-1717

JOHN P CONNORS (1955-2003)
JOHN P. CONNORS, JR.*

HAROLD J. SIEGEL
SUSAN E. O'SHAUGHNESSY **
ROBERT J. PFUHLER**

MICHAEL J. CAULFIELD**
DAVID S. HELLER

TIMOTHY M. O'DONOVAN**
LOUIS J. RASSO
ZENA WOLDEYESUS

Of COUNSEL
MICHAEL IRENE***
JOEL ZUCKERBERG
ANDREW AXLER



June 5, 2008

17 BATTERY PLACE
NEW YORK, NEW YORK 10004

MORRIS BROOK COMMONS
422 MORRIS AVENUE
LONG BRANCH, NEW JERSEY 07740

* MEMBER N.Y., N.J. & D.C. BARS
** MEMBER N.Y., N.J. BARS
*** MEMBER N.J. BAR

Hon. William H. Pauley, III
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/2008

Re:    Bailey v. Target
       Target Claim No.  :    2008-000512
       Our File No.      :    DTS 23699
       Date of Loss      :    7/17/07

Dear Honorable Pauley:

   With respect to our ECF Document No. 11, a letter dated May 23, 2008 to plaintiff with copy to the Court, plaintiff has asked that the references to the two account numbers on page one of that letter being deleted from ECF for purposes of access by others.  We have no objection to the entire letter be deleted or made being confidential if that is possible under ECF.

Sincerely,

Michael J. Caulfield

MJC:ne                              Michael J. Caulfield
                                    mcaulfield@connorslaw.com

cc:    Lawrence R. Bailey, Jr.
       555 Kappock Street, Apt. 19H
       Riverdale, NY 10463

*application granted. The Clerk of Court is directed to strike document 11. Defendant is directed to file a copy of the letter that is redacted accord with the E-Government act and to file a hard copy original under seal.*

SO ORDERED.

WILLIAM H. PAULEY III U.S.D.J.
6/17/2008