LAWRENCE R. BAILEY, JR. ESQ.
ATTORNEY AT LAW

Lawrence R. Bailey, Jr.
Direct Dial: 646.218.7510
Direct Fax: 646.218.7676

June 18, 2008

Judge William H. Pauley, III
United States District Court
Southern District
500 Pearl Street
New York, NY 10007

Dear Judge Pauley:

    Re:    Lawrence R. Bailey, Jr. v. Target Corporation
           Docket No.: 08 Civ 1473 (WHP)

I am the Plaintiff Pro Se in the above matter. I am compelled to request an adjournment of the June 27, 2008 Pre-Trial Conference date.

I am scheduled to be in Utica, New York for the entire week of June 23rd to conduct court ordered depositions multiple party death case lawsuit.

I, therefore, respectfully request an adjournment to your next available date. I have spoke to Mr. Caulfield and he consents to my request. Also, the parties are taking about the possible resolution of this matter in the interim.

Your kind consideration of this request is appreciated.

Very truly yours,

Lawrence R. Bailey, Jr.

LRB/
cc: Matthew J. Caulfield, Esq.
    Connors & Connors, P.C.
    766 Castleton Avenue
    Staten Island, NY 10310

*Application granted. The conference is adjourned until July 10, 2008 at 11:15am.*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6/24/2008

555 Kappock Street, Apartment 19H • Riverdale, New York 10463 • telephone 646.218.7510 • facsimile 646.218.7676