UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
LAWRENCE R. BAILEY, JR.
:
      Plaintiff,                        08 Civ. 1473 (WHP)
:
      -against-                      ORDER
:
TARGET CORP.,
:
      Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court at a July 10, 2008 conference that this action has been or will be settled, it is ordered that the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days from the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: July 28, 2008
       New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2008

*Counsel of record:*

Mr. Lawrence R. Bailey, Jr.
555 Kappock Street, Apt. 19H
Bronx, NY 10463
*Plaintiff Pro Se*

Michael J. Caulfield, Esq.
Susan Elizabeth O'Shaughnessy, Esq.
Connors & Connors, P.C.
766 Castleton Avenue
Staten Island, NY 10310
*Counsel for Defendant*