*LAWRENCE R. BAILEY, JR. ESQ.*
*ATTORNEY AT LAW*

**Lawrence R. Bailey, Jr.**
Direct Dial: 646.218.7510
Direct Fax:  646.218.7676

August 20, 2008

Filed and Served Electronically

Judge William H. Pauley, III
United States District Court
Southern District
500 Pearl Street
New York, NY 10007

Dear Judge Pauley:

    Re:    Lawrence R. Bailey, Jr. v. Target Corporation
             Docket No.:  08 Civ 1473 (WHP)

I am the Plaintiff Pro Se in the above matter.

Reference is made to the July 28, 2008 Order of this Court.

I regret to inform that Court that this matter will not settled. Therefore, I am compelled to request that this matter be restored to the active calendar.

Your kind consideration of this request is appreciated.

Very truly yours,

*[signature]*

Lawrence R. Bailey, Jr.

LRB/
cc: Matthew J. Caulfield, Esq.
     Connors & Connors, P.C.
     766 Castleton Avenue
     Staten Island, NY  10310