*LAWRENCE R. BAILEY, JR. ESQ.*
*ATTORNEY AT LAW*

**Lawrence R. Bailey, Jr.**
Direct Dial: 646.218.7510
Direct Fax: 646.218.7676



August 20, 2008

Filed and Served Electronically

Judge William H. Pauley, III
United States District Court
Southern District
500 Pearl Street
New York, NY 10007

Dear Judge Pauley:

    Re:    Lawrence R. Bailey, Jr. v. Target Corporation
           Docket No.: 08 Civ 1473 (WHP)

I am the Plaintiff Pro Se in the above matter.

Reference is made to the July 28, 2008 Order of this Court.

I regret to inform that Court that this matter will not settled. Therefore, I am compelled to request that this matter be restored to the active calendar.

Your kind consideration of this request is appreciated.

Very truly yours,

*/s/ Lawrence R. Bailey*

Lawrence R. Bailey, Jr.

LRB/
cc: Matthew J. Caulfield, Esq.
    Connors & Connors, P.C.
    766 Castleton Avenue
    Staten Island, NY 10310

*This Court will hold a status conference at 11:00 am on September 10, 2008.*

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III U.S.D.J.
8/29/08

555 Kappock Street, Apartment 19H • Riverdale, New York 10463 • telephone 646.218.7510 • facsimile 646.218.7676